## Commonwealth *v.* Burley, Appellant.

Submitted September 14, 1970. *Michael L. Levy* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed, judgment of sentence on bills No. 389, February Term, 1965 and No. 502, October Term, 1965 is vacated and the record re-

**818**

manded to the court below for resentence, with counsel, on these two bills.

WRIGHT, P. J., dissents.